UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HARRINGTON, et al., <br> Plaintiff(s), <br> v. <br> FDIC, as Receiver for First Republic Bank, <br> Defendant(s). | Case No. 4:23-cv-06296-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Carrie V. Hardman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kevin P. Simpson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 344644.

Winston & Strawn LLP
200 Park Avenue New York, NY 10166
MY ADDRESS OF RECORD

Winston & Strawn LLP
333 S. Grand Avenue Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 (212) 294-5391
MY TELEPHONE # OF RECORD

+1 (213) 615-1700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

chardman@winston.com
MY EMAIL ADDRESS OF RECORD

kpsimpson@winston.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4823225.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: December 5, 2023                              Carrie V. Hardman
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carrie V. Hardman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/6/2023

*Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Carrie Victoria Hardman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 29, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 4, 2023.

*Robert D. Mayberger*
Clerk of the Court

CertID-00149782