| | |
|---|---|
| Kevin P. Simpson (Bar No. 344644)<br>**WINSTON & STRAWN LLP**<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: +1 (213) 615-1700<br>kpsimpson@winston.com<br><br>-and-<br><br>Timothy W. Walsh (NY Bar No. 2436152)<br>(*pro hac vice*)<br>Carrie V. Hardman (NY Bar No. 4823225)<br>(*pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: +1 (212) 294-6700<br>Facsimile: +1 (212) 294-4700<br>twwalsh@winston.com<br>chardman@winston.com<br><br>*Counsel for the Plaintiffs* | Joseph A. Garofolo (Bar No. 214614)<br>**THE WAGNER LAW GROUP, P.C.**<br>315 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: +1 (415) 625-0002<br>Facsimile: +1 (415) 358-8300<br>jgarofolo@wagnerlawgroup.com<br><br>-and-<br><br>Lynn R. Fiorentino (SBN 226691)<br>David Christopher Giles (IL SBN 6274993)<br>(*pro hac vice*)<br>Antony Stephen Burt (IL SBN 6183449)<br>(*pro hac vice*)<br>**ARENTFOX SCHIFF LLP**<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: +1 (415) 757-5500<br>Facsimile: +1 (415) 757-5501<br>lynn.fiorentino@afslaw.com<br>david.giles@afslaw.com<br>antony.burt@afslaw.com<br><br>*Counsel for the Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HARRINGTON, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First Republic Bank,<br><br>　　　　　Defendant. | Case No. 4:23-cv-06296-HSG<br><br>**ORDER ON JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE MARCH 21 HEARING DATE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered the stipulation of the parties and good cause appearing therefore, hereby orders that the following schedule take effect:

- March 19, 2024: Deadline for the Plaintiffs to file a response to the Defendant's Motion to Dismiss

- April 12, 2024: Deadline for the Defendant to file a reply in support of its Motion to Dismiss
- May 2, 2024: Deadline for the parties to file the Rule 26(f) Report and Case Management Statement
- May 9, 2024: Hearing on Defendant's Motion to Dismiss and initial case management conference, in person at 2:00 p.m. in Courtroom 2, 4th Floor of the United States Courthouse, 1301 Clay Street, Oakland, California

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/27/2024

Hon. Haywood S. Gilliam, Jr.