UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J HARRINGTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 23-cv-06296-HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>Re: Dkt. No. 39 |

　　　　Pending before the Court is Defendant's motion to stay discovery during the pendency of Defendant's prior-filed motion to dismiss. Dkt. No. 39. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

　　　　Defendant argues that a stay of discovery under Rule 26(c) is appropriate here, and the Court agrees: it finds that because (1) Defendant's motion to dismiss is "potentially dispositive of the entire case" on jurisdictional grounds and (2) "the pending dispositive motion can be decided absent discovery," Defendant has established good cause for a stay of discovery. *In re Nexus 6p Prods. Liab. Litig.*, No. 17-CV-02185-BLF, 2017 WL 3581188, at *1 (N.D. Cal. Aug. 18, 2017). And since the Court has not yet established a case schedule for this matter, a temporary pause on discovery does not stand to unduly prejudice Plaintiffs.

　　　　Accordingly, the Court **GRANTS** Defendant's motion, Dkt. No. 39, and orders discovery **STAYED** pending resolution of Defendant's motion to dismiss, Dkt. No. 28.

　　　　**IT IS SO ORDERED.**

Dated: 5/29/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge