1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| MICHAEL J HARRINGTON, et al., | Case No. 23-cv-06296-HSG |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 12th day of July, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.